WILLIAM WALSH, as Administrator of MARY WALSH, Deceased, Appellant, *v.* FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Respondent.

*Walsh* v. *Fonda, J. & G. R. R. Co.,* 114 App. Div. 272, affirmed.
(Argued January 23, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July

5, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*James W. Verbeck* for appellant.

*Charles S. Nisbet* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.